IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY GUITIERREZ,
    Petitioner,

vs.                                            Case No.: 3:17cv210/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (ECF No. 1). On April 3, 2017, this court entered an order giving Petitioner thirty (30) days in which to submit a motion to proceed in forma pauperis, or, pay the filing fee in the amount of $5.00 (ECF No. 2). Petitioner failed to respond to the order; therefore, on May 10, 2017, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 3). The time for compliance with the show cause order

has now elapsed and Petitioner has failed to pay the filing fee, submit a motion to proceed in forma pauperis, or otherwise respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 29th day of June 2017.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:17cv210/LAC/EMT