IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY GUITIERREZ,
    Petitioner,

vs.                               Case No.: 3:17cv210/LAC/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 29, 2017 (ECF No. 4). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Petitioner's failure to

comply with an order of the court.

**DONE AND ORDERED** this 31st day of July, 2017.


    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv210/LAC/EMT